EILEEN M. DECKER
United States Attorney
ROBERT F. CONTE
Assistant United States Attorney
Acting Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-4600
    Facsimile:   (213) 894-0115
    E-mail:      Gavin.Greene@usdoj.gov

JS-6

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>        v.<br><br>Randall Craig Hutchens, a.k.a. Randy Hutchens,<br><br>        Defendant. | Case No. 16-5326 R (JEMx)<br><br>Judgment for Injunction against Randall Craig Hutchens as to the Preparation of Tax Returns and Other Equitable Relief |

Pursuant to the Stipulation for Entry of Judgment for Injunction against Randall Craig Hutchens as to the Preparation of Tax Returns and Other Equitable Relief, and all matters properly made part of the record:

**IT IS ORDERED** that pursuant to 26 U.S.C. §§ 7402 and 7407, Randall Craig Hutchens is PERMANENTLY ENJOINED from the following:

1. Assisting in the preparation of federal tax returns that he knows will result in the understatement of any tax liability or the overstatement of federal tax refunds;

2. Preparing federal income tax returns, amended returns, and other related documents and forms for anyone other than himself and his legal spouse, if married, for life;

3. Engaging in any activity subject to penalty under 26 U.S.C. §§ 6694, 6695, or 6701;

4. Representing, or appearing on behalf of, any person before the Internal Revenue Service; and

5. Engaging in conduct that substantially interferes with the proper administration and enforcement of the internal revenue laws.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction to enforce this injunction and the United States may engage in post-judgment discovery to monitor the compliance of Randall Craig Hutchens.

**IT IS FURTHER ORDERED** that this judgment will be the final judgment in this matter, and Randall Craig Hutchens waives any and all right to appeal from this judgment.

**IT IS FURTHER ORDERED** that if Randall Craig Hutchens violates this judgment he may be subject to civil and criminal sanctions for contempt of court, including imprisonment.

**IT IS SO ORDERED**.

DATED: July 25, 2016

_____
HONORABLE MANUEL L. REAL
United States District Judge

Respectfully submitted,
EILEEN M. DECKER
United States Attorney
ROBERT F. CONTE
Assistant United States Attorney
Acting Chief, Tax Division

/s/
GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America

2